Case 4:19-cv-03515   Document 1-5   Filed on 09/17/19 in TXSD   Page 1 of 14

8/23/2019 12:08 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 36226455
By: Hilda Yarn
Filed: 8/23/2019 12:08 PM

CAUSE NO. _____

| | | |
|---|---|---|
| ERENDIDA CONTRERAS, <br> *Plaintiff* <br><br> v. <br><br> TRAVELERS HOME AND MARINE INSURANCE COMPANY <br> *Defendant* | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | IN THE DISTRICT COURT OF <br><br> HARRIS COUNTY, TEXAS <br><br> _____ JUDICIAL DISTRICT <br><br><br> **JURY TRAIL DEMAND** |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW PLAINTIFF Erendida Contreras ("Plaintiff") and files this Original Petition against Travelers Home and Marine Insurance Company ("Defendant") and, in support of thereof, would respectfully show the Court the following:

### I.   DISCOVERY CONTROL PLAN AND MONETARY RELIEF

1. Plaintiff intends to conduct discovery under Level 2. Tex. R. Civ. P. 190.3.

2. Plaintiff seeks monetary relief under $100,000.00, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney's fees. Tex. R. Civ. P. 47(c)(1). Further, Plaintiff specifies that she seeks a maximum amount of damages that does not exceed the sum or value of $74,000, exclusive of interest and costs. Removal would be improper because there is no federal question. Plaintiff has not asserted any claims arising under the Constitution, treaties or laws of the United States of America. 28 U.S. Code § 1331. Further, removal would be improper because federal courts lack subject matter jurisdiction over this action, as the matter in controversy does not exceed the sum or value of $75,000, exclusive of interest and costs. 28 U.S. Code § 1332.

## II. CONDITIONS PRECEDENT

3. Pursuant to Tex. R. Civ. P. 54, Plaintiff asserts that all conditions precedent to recovery have been performed or have occurred.

## III. PARTIES, JURISDICTION AND VENUE

### A. PARTIES

4. Plaintiff Erendida Contreras is a Texas resident, who resides in 29027 W. Pecos River Ct., Spring, Montgomery County, Texas.

5. Defendant Travelers Home and Marine Insurance Company is an insurance company doing business in the State of Texas, which may be served through its general manager or any other officer or director, via certified mail, at Corporation Service Company 211 E 7th St. Suite 620 Austin, TX 78701.

### B. JURISDICTION

6. The Court has subject matter jurisdiction over this cause of action because it involves an amount in controversy in excess of the minimum jurisdictional limits of the Court.

7. The Court has both general and specific personal jurisdiction over Defendant. The Court has general jurisdiction over Defendant, as Defendant has sufficient minimum contacts with and within this State and has purposefully availed itself of the privilege of conducting activities within this State, thus invoking the benefits, protections, and obligations of this State's laws.  Defendant's contacts with this State, which are continuous and systematic, include doing business in Texas, selling and delivering insurance products in Texas, entering into contracts for insurance in Texas with Texas residents, insuring property located in Texas, underwriting insurance policies in Texas, accepting policy premiums in Texas and adjusting insurance claims in Texas.   This activity was not the unilateral activity of another party or a third person.

8. Defendant's contacts with Texas, relied upon by Plaintiff, were purposeful and were not random, fortuitous, or attenuated, and are thus subject to the jurisdiction of this State in suits based on its activities. The Court has jurisdiction over Defendant because: (1) Defendant purposefully availed itself of the benefits of conducting activities in Texas, and (2) the cause of action arises from or relates to those contacts or activities.

9. The Court has specific jurisdiction over this matter as it involved the execution, performance, and breach of a Texas insurance contract with Plaintiff, who is a Texas resident, with regards to an insured risk and/or property located in Texas. As a matter of law, Defendant conducted business in this State because, without limitation, Defendant conducted the business of insurance in Texas and committed one or more torts and/or violated the Texas DTPA and/or Insurance Code, in whole or in part in this State, against Plaintiff in Harris County, Texas. Defendant has sufficient and/or minimum contacts with this State, and thus Plaintiff affirmatively assert the Court's exercise of jurisdiction over Defendant comports with "traditional notions of fair play and substantial justice."

**C.   VENUE**

10. Venue is proper in Montgomery County because all or a substantial part of the events or omissions giving rise to the claim occurred in Montgomery County. Tex. Civ. Prac. & Rem. Code § 15.002(a)(l). The property subject to this dispute and which is owned by Plaintiff is located in Montgomery County. The insurance policy insuring the property was executed in Montgomery County. The damage to the property resulted from an event or occurrence in Montgomery County. The resulting insurance claim that was made by Plaintiff, the property inspection performed by Defendant, and the denial and/or underpayment of the insurance claim by Defendant occurred in Montgomery County.

## IV.   FACTUAL BACKGROUND

11.   Erendida Contreras is a named insured under a property insurance policy issued by Travelers Home and Marine Insurance Company. The policy number is ***1238.

12.   Hurricane Harvey caused major wind damage to thousands of homes in the Southeast Texas area. Hurricane Harvey's winds were sufficient to cause damage as evidenced in this claim.. Thereafter, Plaintiff's subsequently filed a claim on her insurance policy.

13.   Defendant improperly denied and/or underpaid the claim.

14.   Defendant conducted a substandard investigation and inspection of the property, prepared a report, which did not include all of the damages that were observed during the inspection, and undervalued the damages observed during the inspection.

15.   Specifically, On August 28, 2017, Hurricane Harvey hit the Texas coast, which included Montgomery County. The impact of this storm caused roof and interior damage to Plaintiff's property. Specifically, the storm lifted shingles, causing water to enter into the house. As a result, the water stained the ceiling. Thereafter, Plaintiff filed a claim on her insurance policy.

16.   Defendant performed an outcome-oriented investigation of Plaintiff's claim. Defendant's (improper) claims handling included Defendant's biased claims adjustment, and an unfair and inequitable evaluation of Plaintiff's losses on the property. In addition, Defendant's claims handling included both an unreasonable investigation and underpayment of Plaintiff's claim.

## V.   CAUSES OF ACTION AND ATTORNEY'S FEES

17.   Plaintiff incorporates the foregoing for all purposes.

### A.   BREACH OF CONTRACT

18.   Plaintiff and Defendant entered into an insurance contract. Defendant breached this contract by, without limitation, inadequately and/or improperly investigating Plaintiff's insurance

claim, wrongfully denying and/or underpaying the claim. Defendant damaged Plaintiff through its actions and/or inactions described herein.

B. **PROMPT PAYMENT OF CLAIMS STATUTE**

19. Defendant's failure to pay for Plaintiff's losses and/ or to follow the statutory time guidelines for accepting or denying coverage constitutes a violation of Section 542. 051 *et seq.* of the Texas Insurance Code.

20. In addition to Plaintiff's claim for damages, Defendant's violation of the Tex. Insurance Code entitles Plaintiff to interest and attorneys' fees as set forth in Section 542.060 of the Texas Insurance Code.

C. **BAD FAITH**

21. Defendant is an insurance company and insured Plaintiff's property. Defendant is required to comply with Chapter 541 of the Texas Insurance Code.

22. Defendant violated Section 541.051 of the Texas Insurance Code by, without limitation:

    1. Making statements misrepresenting the terms and/or benefits of the policy.

23. Defendant also violated Section 541.060 by, without limitation:

    1. Misrepresenting to Plaintiff a material fact or policy provision relating to coverage at issue;

    2. Failing to attempt in good faith to effectuate a prompt, fair, and equitable settlement of a claim with respect to which the insurer's liability had become reasonably clear;

    3. Failing to promptly provide to Plaintiff a reasonable explanation of the basis in the policy, in relation to the facts or applicable law, for the insurer's denial of a claim or offer of a compromised settlement of a claim;

4. Failing within a reasonable time to affirm or deny coverage of a claim to Plaintiff or submit a reservation of rights to Plaintiff; and/or

5. Refusing to pay the claim without conducting a reasonable investigation with respect to the claim;

24. Defendant violated Section 541.061 by, without limitation:

1. Making an untrue statement of material fact;

2. Failing to state a material fact necessary to make other statements made not misleading considering the circumstances under which the statements were made;

3. Making a statement in a manner that would mislead a reasonably prudent person to a false conclusion of a material fact;

4. Making a material misstatement of law; and/or

5. Failing to disclose a matter required by law to be disclosed.

25. Defendant knowingly committed the acts complained of. As such, Plaintiff is entitled to exemplary and/or treble damages pursuant to Texas Insurance Code Section 541.152(a)-(b).

**D. ATTORNEYS' FEES**

26. Plaintiff engaged the undersigned attorneys to prosecute this lawsuit against Defendant and agreed to pay reasonable attorneys' fees and expenses through trial and any appeal.

27. Plaintiff is entitled to reasonable and necessary attorney's fees pursuant to Texas Civil Practice and Remedies Code Sections 38.001-38.003 because an attorney that represents Plaintiff presented the claim to Defendant, and Defendant did not tender the just amount owed before the expiration of the 30th day after the claim was presented.

28. Plaintiff further prays that she be awarded all reasonable attorneys' fees incurred in prosecuting her causes of action through trial and any appeal pursuant to Sections 541.152 and 542.060 of the Texas Insurance Code.

## VI.   TEX. R. CIV. P. 193.7 NOTICE.

29. Pursuant to Tex. R. Civ. P. 193.7, the undersigned hereby notifies all parties and counsel of record that Plaintiff may introduce into evidence at the time of trial or pre-trial, those documents produced by all parties in response to requests for production and/or requests for disclosure in this matter.

## VII.   JURY DEMAND

30. Pursuant to Tex. R. Civ. P. 216, Plaintiff hereby demands trial by jury and has tendered the appropriate fee.

## VIII.   PRAYER

31. WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that Defendant be cited to appear and answer herein, and that, after due process of law, Plaintiff have judgment against Defendant for actual damages, together with exemplary damages, statutory damages, treble damages, statutory interest, pre-judgment interest, post-judgment interest, attorneys' fees, costs of suit, and for all such other and further relief, both general and special, in law and in equity, to which Plaintiff may be justly entitled.

Respectfully submitted,

**THE BUZBEE LAW FIRM**

By: */s/ Anthony G.Buzbee*
    Anthony G. Buzbee
    State Bar No. 24001820
    tbuzbee@txattorneys.com
    Christopher J. Leavitt
    State Bar No. 24053318
    cleavitt@txattorneys.com
    JP Morgan Chase Tower
    600 Travis, Suite 6850
    Houston, Texas 77002
    Telephone: (713) 223-5393
    Facsimile: (713) 223-5909

AND

**LAW OFFICES OF MANUEL SOLIS, PC**

By: */s/ Stephen R. Walker*
    Stephen R. Walker
    State Bar No. 24001820
    Texas Bar No. 24034729
    Gregory J. Finney
    Texas Bar No. 24044430
    Juan A. Solis
    Texas Bar No. 24103040
    6657 Navigation Blvd.
    Houston, TX 77011
    Phone: (713) 277-7838
    Fax: (281) 377-3924
    swalker@manuelsolis.com
    gfinney@manuelsolis.com
    jusolis@manuelsolis.com

**ATTORNEYS FOR PLAINTIFF**

8/23/2019 12:08:56 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 36226455
By: YARN, HILDA
Filed: 8/23/2019 12:08:56 PM

# Marilyn Burgess
## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

## Request for Issuance of Service

CASE NUMBER: _____   CURRENT COURT: _____

Name(s) of Documents to be served: **PLAINTIFF'S ORIGINAL PETITION**

FILE DATE: August 23, 2019   Month/Day/Year

**SERVICE TO BE ISSUED ON** (Please List Exactly As The Name Appears In The Pleading To Be Served):

Issue Service to: **TRAVELERS HOME AND MARINE INSURANCE COMPANY**

Address of Service: 211 East 7th Street Suite 620

City, State & Zip: Austin, TX 78701 -3218

Agent (if applicable) CORPORATION SERVICE COMPANY

**TYPE OF SERVICE/PROCESS TO BE ISSUED**: (Check the proper Box)

- [x] Citation
- [ ] Citation by Posting
- [ ] Citation by Publication
- [ ] Citations Rule 106 Service
- [ ] Citation Scire Facias       Newspaper _____
- [ ] Temporary Restraining Order
- [ ] Precept
- [ ] Notice
- [ ] Protective Order
- [ ] Secretary of State Citation ($12.00)
- [ ] Capias (not an E-Issuance)
- [ ] Attachment
- [ ] Certiorari
- [ ] Highway Commission ($12.00)
- [ ] Commissioner of Insurance ($12.00)
- [ ] Hague Convention ($16.00)
- [ ] Garnishment
- [ ] Habeas Corpus
- [ ] Injunction
- [ ] Sequestration
- [ ] Subpoena
- [ ] Other (Please Describe) _____

(See additional Forms for Post Judgment Service)

**SERVICE BY** (check one):
- [ ] ATTORNEY PICK-UP (phone) _____
- [ ] E-Issuance by District Clerk
- [ ] MAIL to attorney at: _____
- [ ] CONSTABLE
- [ ] CERTIFIED MAIL by District Clerk

(No Service Copy Fees Charged)
*Note*: The email registered with EfileTexas.gov must be used to retrieve the E-Issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.

- [x] **CIVIL PROCESS SERVER** - Authorized Person to Pick-up: COURT RECORD   Phone: 713227335
- [ ] OTHER, explain _____

**Issuance of Service Requested By:** Attorney/Party Name: Christopher Leavitt   Bar # or ID   24053318

Mailing Address: 600 Travis, Ste 7300, Houston, TX 77002

Phone Number: 713-223-5393



# MARILYN BURGESS
### HARRIS COUNTY DISTRICT CLERK

## Civil Process Pick-Up Form

## CAUSE NUMBER: 2019-59111

ATY _____  CIV __XX____  COURT 113th

---

**REQUESTING ATTORNEY/FIRM NOTIFICATION**

*ATTORNEY: LEAVITT, CHRISTOPHER          * PH: 713-223-5393

*CIVIL PROCESS SERVER:   CRR           BOX 107

*PH: 713-227-3353 _____

*PERSON NOTIFIED SVC READY: _____

* NOTIFIED BY: _____

*DATE: _____

---

Type of Service Document: Citation            Tracking Number 73662117____
Type of Service Document: _____           Tracking Number _____
Type of Service Document: _____           Tracking Number _____
Type of Service Document: _____           Tracking Number _____
Type of Service Document: _____           Tracking Number _____
Type of Service Document: _____           Tracking Number _____

**Process papers prepared by     HILDA YARN**

**Date: 08/26/2019**                  30 days waiting   09/26/2019

*Process papers released to: _____CA1_____
                              (PRINT NAME)

*(CONTACT NUMBER) 272-3353         (SIGNATURE)

*Process papers released by: _____**Iris Collins**_____
                              (PRINT NAME)

                                    **Iris Collins**
                                    (SIGNATURE)

* Date: __8/24__, 20__  Time: __9__ AM / PM

**Entire document must be completed**   (do not change this document)   Revised 1/3/2019

RECORDER'S MEMORANDUM
This instrument is of poor quality at the time of imaging.

Unofficial Copy Office of Marilyn Burgess District Clerk



# MARILYN BURGESS
### HARRIS COUNTY DISTRICT CLERK

## Civil Process Pick-Up Form

## CAUSE NUMBER: 2019-59111

ATY _____    CIV_____    COURT 234TH

---

**REQUESTING ATTORNEY/FIRM NOTIFICATION**

*ATTORNEY: BUZBEE, ANTHONY        * PH: 713 223 5393

*CIVIL PROCESS SERVER:  CRR    BOX  107

*PH:_____

*PERSON NOTIFIED SVC READY: _____

* NOTIFIED BY: _____

*DATE: _____

---

Type of Service Document: Citation              Tracking Number  73664059___
Type of Service Document: _____            Tracking Number _____
Type of Service Document: _____            Tracking Number _____
Type of Service Document: _____            Tracking Number _____
Type of Service Document: _____            Tracking Number _____
Type of Service Document: _____            Tracking Number _____

**Process papers prepared by:** *HILDA YARN*

**Date: 08/28/2019**        30 days waiting   09/28/2019

---

*Process papers released to: _____
                              (PRINT NAME)

_____    _____
*(CONTACT NUMBER)              (SIGNATURE)

*Process papers released by: _____ Iris Collins _____
                              (PRINT NAME)

                              _____ Iris Collins _____
                              (SIGNATURE)

* Date: _____, 20__ Time: ____9____ AM / PM

---

**Entire document must be completed**   (do not change this document)   Revised 1/3/2019

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging.

Unofficial Copy Office of Marilyn Burgess District Clerk

06 406605
Case 4:19-cv-03515   Document 1-5   Filed on 09/17/19 in TXSD   Page 12 of 14
9/9/2019 10:29 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 36625136
By: SIMONE MILLS
Filed: 9/9/2019 10:29 AM

CAUSE NO. 201959111

RECEIPT NO.             0.00     CIV
        * * * * * * * * *      TR # 73664059

PLAINTIFF: CONTRERAS, ERENDIDA                In The    234th
        vs.                                           Judicial District Court
DEFENDANT: TRAVELERS HOME AND MARINE INSURANCE COMPANY     of Harris County, Texas
                                                                 234TH DISTRICT COURT
                                                                 Houston, TX

## CITATION

THE STATE OF TEXAS
County of Harris

TO: TRAVELERS HOME AND MARINE INSURANCE COMPANY (INSURANCE COMPANY) MAY BE
    SERVED THROUGH ITS GENERAL MANAGER OR ANY OTHER OFFICER OR DIRECTOR
    211   E 7TH ST   SUITE 620    AUSTIN    TX    78701

    Attached is a copy of <u>PLAINTIFF'S ORIGINAL PETITION</u>

This instrument was filed on the <u>23rd day of August, 2019</u>, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:
     This citation was issued on 28th day of August, 2019, under my hand and
seal of said Court.

Issued at request of:                            MARILYN BURGESS, District Clerk
BUZBEE, ANTHONY GLENN                        Harris County, Texas
600    TRAVIS, STE. 7300                   201 Caroline, Houston, Texas 77002
HOUSTON, TX    77002                        (P.O. Box 4651, Houston, Texas 77210)
Tel: (713) 223-5393
Bar No.:    24001820                           Generated By: YARN, HILDA   M63//11309765

                                  OFFICER/AUTHORIZED PERSON RETURN

Came to hand at \_\_\_\_\_ o'clock \_\_\_.M., on the \_\_\_\_\_ day of _____, _____.

Executed at (address) _____ in

_____ County at \_\_\_\_\_ o'clock \_\_\_.M., on the \_\_\_\_\_ day of _____,

_____, by delivering to _____ defendant, in person, a

true copy of this Citation together with the accompanying _____ copy(ies) of the Petition

attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this \_\_\_\_\_ day of _____, _____.

FEE: $_____                                         _____
                                                              _____ of _____County, Texas

                                              By _____
_____
             Affiant                                                                Deputy

On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return.

CAUSE NUMBER: 2019-59111

| | |
|---|---|
| ERENDIDA CONTRERAS<br>PLAINTIFF<br><br>VS.<br><br>TRAVELERS HOME AND MARINE<br>INSURANCE COMPANY, ET AL.<br>DEFENDANT | IN THE 234TH JUDICIAL DISTRICT<br>COURT OF HARRIS COUNTY, TEXAS |

## AFFIDAVIT OF SERVICE

BEFORE ME, the undersigned authority, on this day **D'ANN WATHEN**, personally appeared before me and stated under oath as follows:

My name is **D'ANN WATHEN**. I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is 1320 QUITMAN ST. STE 100, HOUSTON, HARRIS COUNTY, TX 77009, U.S.A.

ON **Thursday August 29, 2019 AT 03:42 PM - CITATION, PLAINTIFF'S ORIGINAL PETITION**, came to hand for service upon **TRAVELERS HOME AND MARINE INSURANCE COMPANY (INSURANCE COMPANY)**.

On **Friday August 30, 2019** at **12:47 PM** - The above named documents were hand delivered to: **TRAVELERS HOME AND MARINE INSURANCE COMPANY (INSURANCE COMPANY) @ 211 E. 7TH STREET, SUITE 620, AUSTIN, TX 78701, in Person.** by delivering to Vanessa Hernandez, designated agent.

**FURTHER AFFIANT SAYETH NOT.**

_____
D'ANN WATHEN
PSC#6622 EXP 06/30/21

SWORN TO AND SUBSCRIBED before me by **D'ANN WATHEN** appeared on this _____ day of SEPTEMBER, 2019 to attest witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND
FOR THE STATE OF TEXAS

2019.08.406605

CHRISTOPHER S WATHEN
Notary Public, State of Texas
Comm. Expires 04-15-2023
Notary ID 10486976

Harris County Docket Sheet

# 2019-59111

**COURT:** 234th
**FILED DATE:** 8/23/2019
**CASE TYPE:** Other Injury or Damage



### CONTRERAS, ERENDIDA

Attorney: BUZBEE, ANTHONY GLENN

vs.

### TRAVELERS HOME AND MARINE INSURANCE COMPANY

| Docket Sheet Entries | |
|---|---|
| Date | Comment |